## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Excerpts of deposition of Wendy Hiller |
| Exhibit B | Excerpts of deposition of Johnson McDowell |
| Exhibit C | Howell Public Schools Bylaws & Policies |
| Exhibit D | Howell Public Schools Student/Parent Handbook |
| Exhibit E | Excerpts of deposition of Daniel Guernsey |
| Exhibit F | Excerpts of deposition of Daniel Glowacki |
| Exhibit G | Excerpts of deposition of Drake Glowacki |

Open.21720.21028.12369178-1