**EXHIBIT D**



# HOWELL PUBLIC SCHOOLS
# STUDENT/PARENT HANDBOOK

School Year 2011-2012

Adopted by the Board of Education on August 15, 2011

School administrators, teachers and the Howell High School Resource Officer and campus security shall monitor and report student parking violations.

Cross-reference:
Policy 5514.01 *Student Use of Motor Vehicles*

## BULLYING

The Board will not tolerate any gestures, comments, threats, or actions to a student which cause or threaten to cause bodily harm, reasonable fear for personal safety, or personal degradation.

This applies to all activities in the District, including activities on school property and those occurring off school property if the student or employee is at any school-sponsored, school-approved or school-related activity or function, such as field trips or athletic events where students are under the school's control, or where an employee is engaged in school business.

Bullying – intimidation of others by acts, such as but not limited to:

A. Threatened or actual physical harm;

B. Unwelcomed physical contact;

C. Threatening or taunting verbal, written or electronic communications;

D. Taking or extorting money or property;

E. Damaging or destroying property;

F  Blocking or impeding student movement;

G. Electronically transmitted acts – (i.e., internet, telephone or cell phone, personal digital assistant (PDA), or wireless hand held device) for text messaging, instant messaging, blog web sites or online bullying through social networking sites (e.g., myspace.com, facebook.com) to harass through unpleasant or aggressive messages.

Students who believe they are victims of bullying, intimidation or harassment or have witnessed such activities are encouraged to discuss the matter with a building administrator or a complaint manager. Students may choose to report to a person of the student's same sex. Complaints will be kept confidential to the extent possible given the need to investigate. Students who make good faith complaints will not be disciplined.

Complaint coordinators for the District are the Executive Director of Labor Relations and Personnel (517)548-6241 or Superintendent, (517)548-6234

Cross-reference:
Guideline 5517.01 *Bullying and Other Aggressive Behavior Toward Students*

## COMPLAINTS, GENERAL

Students or parents/guardians who believe there is cause to complain about the action of a teacher, administrator or another student may do so by following these steps:

13

Cross-reference:
Policy 8330 *Student Records*
Policy 8350 *Confidentiality*

## STUDENT RIGHTS OF EXPRESSION

The District recognizes the right of students to exercise freedom of speech. With the right of expression comes the responsibility to do it appropriately. This includes the right distribute or display, at reasonable times and places, non-sponsored, noncommercial written material, petitions, buttons, badges, or other insignia, **except** expression which:

A. Is obscene to minors or adults;

B. Is libelous;

C. Is pervasively indecent or vulgar;

D. Advertises any product or service not permitted by minors by law;

E. Constitutes insulting or fighting words, the very expression of which injures or harasses other people (e.g., threats of violence, defamation of character or of a person's race, religion, or ethnic origin);

F. Presents a clear and present likelihood that, either because of its content or the manner of distribution or display, it will cause a material and substantial disruption of school or school activities, a violation of school regulations, or the commission of an unlawful act.

Distribution or display of material in any of the above categories is prohibited on school premises or at any school-related event.

Materials may not be displayed or distributed during class periods, or during passing times between classes. Permission may be granted for display or distribution during lunch periods and after school in designated locations, as long as exits are not blocked and there is proper access and egress to the building.

Students who are unsure whether or not materials they wish to display meet District guidelines may present them to the building principal twenty-four (24) hours prior to display.

Cross-reference:
Policy 5722 *School-Sponsored Publications and Productions*
Policy 9700 *Relations with Special Interest Groups*
Guideline 5723 *Student Rights of Expression*

## STUDENT RIGHTS AND RESPONSIBILITIES

The rules and procedures of the school are designed to allow each student to obtain a safe, orderly, and appropriate education. Students can expect their rights to freedom of expression and association and to fair treatment as long as they respect those rights for their fellow students and the staff. Students will be expected to follow teachers' directions and to obey all school rules. Disciplinary procedures are designed to ensure due process before a student is removed because of his/her behavior.

Parents/Guardians have the right to know how their child is succeeding in school and will be provided information on a regular basis and as needed, when concerns arise. Howell Public Schools facilitates this through PowerSchools parent portal (accessible online at www.howellschools.com) and email notifications as requested by the parents/guardians. Many times it will be the student's responsibility to deliver that information. If necessary, the mail or hand delivery may be used to ensure contact. Parents/Guardians are encouraged to build a two-way link with their child's teachers and support staff by informing the staff of suggestions or concerns that may help their child better accomplish his/her educational goals.

Students must arrive at school on time, prepared to learn and participate in the educational program. Adult students (age eighteen (18) or older) must follow all school rules. If residing at home, adult students should include their parents/guardians in their educational program. Students enrolled in Howell High School must be prepared to produce picture identification and a signed pass for school employees and security personnel who request them.

## STUDENT VALUABLES

Students are encouraged not to bring items of value to school. Items such as jewelry, expensive clothing, electronic equipment, and the like, are tempting targets for theft and extortion. The School cannot be responsible for their safe-keeping and will not be liable for loss or damage to personal valuables. The school may confiscate such items and return them to the student's parents/guardians.

## STUDENT WELL-BEING

Student safety is a responsibility of the staff. All staff members are familiar with emergency procedures such as fire, lock down and tornado drills and accident reporting procedures. Should a student be aware of any dangerous situation or accident, he/she must notify any staff person immediately.

> Cross-reference:
> Policy 8420 *Emergency Situations At Schools*
> Guideline 5340A *Student Accident/Illness*
> Guideline 5340B *Health Emergencies and First Aid Care*

## TRANSFER OUT OF THE DISTRICT

Parents/guardians must notify the principal about plans to transfer their child to another school. If a student plans to transfer from the District, the parent/guardian must notify the principal. Parents/guardians are encouraged to contact the District Registrar for specific details.

School officials, when transferring student records, are required to transmit disciplinary records including suspension and expulsion actions against the student.

> Cross-reference:
> Policy 8330 *Student Records*

39