# EXHIBIT F

```
                                                                    Page 1
 1              IN THE UNITED STATES DISTRCT COURT
             FOR THE EASTERN DISTRICT OF MICHIGAN
 2                       SOUTHERN DIVISION
 3   SANDRA GLOWACKI, on behalf of her
     minor children, D.K.G and D.C.G.,
 4
                 Plaintiffs,
 5                                     CASE NO. 11-cv-154891
 6   vs
 7
     HOWELL PUBLIC SCHOOL DISTRICT,
 8   JOHNSON "JAY" MCDOWELL, individually
     and in his official capacity as a teacher
 9   in the Howell Public School District,
10
                 Defendants.
11   _____/
12
13          The Deposition of DANIEL GLOWACKI, taken before me,
14   Jennifer Wall, CSR-4183, a Notary Public within and for the
15   County of Oakland, Acting in Washtenaw, State of Michigan, at 24
16   Frank Lloyd Wright Drive, Ann Arbor, Michigan on Wednesday,
17   September 19th, 2012.
18   APPEARANCES:
19        ERIN ELIZABETH MERSINO, ESQ.
          The Thomas More Law Center
20        24 Frank Lloyd Wright Drive
          Ann Arbor, Michigan 48106
21        (734) 827-2001
22             Appearing on behalf of Plaintiff.
23
24
25
```

```
 1      accept homosexuals"?
 2   A. No, ma'am.
 3   Q. Did you ever hear any of your classmates say, "I don't
 4      accept Jews"?
 5   A. Yes.
 6   Q. Who said that?
 7   A. I can't recall.
 8   Q. Were you in class or outside of class?
 9   A. High school. I mean --
10   Q. Were you in the classroom?
11   A. Probably in the hallway.
12   Q. Did they say it to you or just something you overheard?
13   A. Just in general.
14   Q. Did you say anything in return to that person?
15   A. No, ma'am.
16   Q. Was there any -- that you know of, were there any Jewish
17      students around?
18   A. No, ma'am.
19   Q. What was the comment made, what context?
20   A. I'm not sure.
21   Q. Do you think that was an appropriate comment?
22   A. No, ma'am.
23   Q. Do you think that the student should be allowed to say it --
24      to make a comment like that?
25   A. No, ma'am.
```

```
 1   Q.   He's older.  You social with him?
 2   A.   Christmas parties, Thanksgiving.
 3   Q.   Family things, right?
 4   A.   Yes.
 5   Q.   Are you social with any women that you know are gay?
 6   A.   I wouldn't say social with them, but I know a couple, yes.
 7   Q.   Do you understand that, you know, if there was a homosexual
 8        student in class, and someone in the class says, you know,
 9        "I don't except homosexuals", do you understand how that
10        child or the student could be hurt, have his feelings hurts?
11                  MS. MERSINO:  Objection to someone else's
12        own feelings and also hypothetical.
13   BY MS. BARTOS:
14   Q.   Do you understand how he could have his feelings hurt?
15   A.   Yes.
16   Q.   Getting back to my question earlier, about the -- what you
17        have been taught about homosexuality, and you have said that
18        you have been taught that it's against your religion.  And
19        it's not right for the same sex to marry.
20                  Anything else about homosexuality that you
21        have been taught or that you believe?
22   A.   No.
23   Q.   Have you been taught anything about homosexuals, again, if
24        they're going to go to heaven or hell?
25   A.   No, ma'am.
```

1  Q.  Did he say why, did he give you any further explanation?
2  A.  No.
3  Q.  And you said that you don't know if there were any gay
4      students in the class, correct?
5  A.  No, I have no idea.
6  Q.  Do you think that having gay students, or if there were any
7      gay students in the classroom, that the gay students would
8      be upset by you telling -- saying that you were against --
9      saying that it was against your religious beliefs?
10              MS. MERSINO:  Objection.  Calls for
11     speculation.
12 BY MS. BARTOS:
13 Q.  You can answer.
14 A.  I was already upset because he was --
15 Q.  Do you think that the gay student would be upset hearing you
16     say that in class out loud?
17 A.  Yeah, but don't you think I would be upset --
18 Q.  Answer my question --
19              MS. MERSINO:  You cut him off.
20              MS. BARTOS:  He answered my question.
21 BY MS. BARTOS:
22 Q.  So after Mr. McDowell says to you "if you are really against
23     gays, you can leave his class", what else was said between
24     the two of you, if anything?
25 A.  Nothing.