**EXHIBIT G**

```
                                                               Page 1
 1                IN THE UNITED STATES DISTRCT COURT
                 FOR THE EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION
 3    SANDRA GLOWACKI, on behalf of her
      minor children, D.K.G and D.C.G.,
 4
                         Plaintiffs,
 5                                          CASE NO. 11-cv-154891
 6    vs
 7
      HOWELL PUBLIC SCHOOL DISTRICT,
 8    JOHNSON "JAY" MCDOWELL, individually
      and in his official capacity as a teacher
 9    in the Howell Public School District,
10
                         Defendants.
11    _____/
12
13          The Deposition of DRAKE GLOWACKI, taken before me,
14    Jennifer Wall, CSR-4183, a Notary Public within and for the
15    County of Oakland, Acting in Washtenaw, State of Michigan, at
16    24 Frank Lloyd Wright Drive, Ann Arbor, Michigan on Wednesday,
17    September 19th, 2012.
18    APPEARANCES:
19         ERIN ELIZABETH MERSINO, ESQ.
           The Thomas More Law Center
20         24 Frank Lloyd Wright Drive
           Ann Arbor, Michigan 48106
21         (734) 827-2001
22              Appearing on behalf of Plaintiff.
23
24
25
```

Page 8

```
 1   A.   I have joked around with them because I am friends with some
 2        of them, yes.
 3   Q.   So you have put that on your Facebook page?
 4   A.   Yes.
 5   Q.   Do you remember taping your hands to beer bottles on --
 6        posting that on Facebook?
 7   A.   That is not me actually.
 8   Q.   It's not you?
 9   A.   Nope.
10   Q.   Okay.  Your sister's name is Devin, right?
11   A.   Yes.
12   Q.   Your mom's name is Sandy, right?
13   A.   Yes.
14   Q.   Okay.
15   A.   That's a family friend actually.
16   Q.   Daniel is your brother, right?
17   A.   Yes.
18   Q.   Has any Howell school administrator spoken to you poorly or
19        treated you poorly since this happened?
20   A.   Not that I recall, no.
21   Q.   Have you ever tried to -- well, strike that.
22             Have you ever made a comment about your
23        religion in your class?
24   A.   Not that I recall.
25   Q.   Have you ever been told you cannot make a comment about your
```

Page 9

1   religion?
2   A.  No.
3   Q.  Have you ever had Mr. McDowell as a teacher?
4   A.  No, ma'am.
5   Q.  Do you remember any teachers wearing the purple shirts, the
6       Tyler's army shirts?
7   A.  Yes.
8   Q.  Did you ask them what they were about?
9   A.  No.
10  Q.  Did they ever tell you what they were about?
11  A.  No.
12  Q.  Have you ever gotten disciplined or spoken to, even spoken
13      to by a teacher or administrator regarding any comments you
14      have made in class?
15  A.  Not that I recall.
16  Q.  Did you ask to be part of this lawsuit?
17  A.  I didn't ask to be part of it, no.
18  Q.  Did your mom ask you if you wanted to be part of it?
19  A.  Yes.
20  Q.  What did you say?
21  A.  Yes.
22  Q.  Why did you want to -- what was your goal in filing this
23      lawsuit?
24  A.  That other students or me would not be punished for speaking
25      my beliefs in class.