*Glowacki v Howell Public Sch Dist., et al*
Case No. 2:11-cv-15481-PJD-DRG
Hon. Patrick J. Duggan

## INDEX OF EXHIBITS

1. William Jeynes Deposition Excerpt

2. Daniel Guernsey Deposition Excerpt

3. Ronald Wilson Deposition Excerpt

4. Aaron Moran Deposition Excerpt

5. Tyler Clementi Article Excerpt

6. Wendy Hiller Deposition Excerpt

7. Jay McDowell Deposition Excerpt

8. Daniel Glowacki Deposition Excerpt

9. Original McDowell Written Reprimand

10. School District's Suspension and Expulsion Policy

11. Ronald Wilson Affidavit

12. School District and McDowell Settlement Agreement

13. Drake Glowacki Deposition Excerpt

14. School District's Student Conduct Policy

15. School District's Religious Expression in the District Policy

16. Mark Sharp Deposition Excerpt