# GLOWACKI, ET AL v. HOWELL PUBLIC SCHOOL DISTRICT, ET AL

## WILLIAM JEYNES, PH.D.

October 2, 2012

*Prepared for you by*



### BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO

Bingham Farms/Southfield • Grand Rapids
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw

EXHIBIT 1

WILLIAM JEYNES, PH.D.
October 2, 2012

Page 100

1   A.  Yes.
2   Q.  Okay.  Were you asked to review the conduct of
3   school district administration in this case?
4   A.  Not really.
5       It was more focused on what was in the
6   classroom.
7   Q.  Okay.  Were you asked to review school district
8   policies at all?
9   A.  As it related to the class, yes, yes, at least
10  what was sent to me.
11  Q.  Okay.  Now, I assume that it's -- it's almost
12  universal practice for every public school district to
13  have board policies; correct?
14  A.  Correct, for sure.
15  Q.  And some of those policies relate to classroom
16  activities as they do in this case; correct?
17  A.  Um-hum.  Yeah.
18      I'm sorry.
19      Yes.
20      I did one of my "um-hums" again.
21      Yes.
22  Q.  Okay.  Is it common practice in your experience
23  for school districts to expect teachers to understand
24  policies insofar as they relate to the classroom?
25  A.  Of course.



WILLIAM JEYNES, PH.D.
October 2, 2012

Page 101

1    Q.  Were you asked to review any teacher in-service
2 training that was provided in this case?
3    A.  There was some mentioned in -- I mean in term --
4 there was some reference to it in the depositions, but I
5 wasn't -- and I think there were some documents that
6 refer to it some, but I mean it's not like I was called
7 apart from those documents to do an investigation of
8 them.
9    Q.  Okay.  Does the name Marcia McAvoy ring a bell
10 with you?
11   A.  Marcia, yeah, I think so.
12   Q.  Okay.  Did you review any of the anti-bullying
13 programming records that she had concerning the program
14 she provided to district students and staff?
15   A.  You know, I'm going to have to take a pass
16 because of -- in terms of names of individuals, it was
17 the -- the school officials part that I -- I got a little
18 confused on.
19   Q.  Okay.  Were you asked at all to review the
20 school district's response to what happened in the
21 classroom on October 20th?
22   A.  Yes, yes, yes.
23   Q.  What aspects did you review on that?
24   A.  Well, I mean they -- I think that -- you know,
25 they -- they -- the circumstances were -- were



WILLIAM JEYNES, PH.D.
October 2, 2012

Page 114

1            (A recess was taken.)
2            MR. HENLEY:  Just one follow-up.
3       Q.   From a theological perspective, based on your --
4  your education and training there, do you believe it's
5  ever justifiable from a religious or theological
6  perspective to bully someone based upon sexual
7  orientation?
8       A.   Oh, my God, no.  Oh, my God, no.  No.  Bullying
9  is -- is wacko.  I mean maybe that's too strong, but I
10 mean it's just totally unacceptable.  It's just --
11           You know, it's the same thing with -- I'm pro
12 life, but I'm pro life as the Pope defines it, meaning he
13 says we should be pro life on everything.
14           So for example, I'm very much in favor of gun
15 control.  I believe that saves lives.  Maybe I'm wrong,
16 but I think that saves lives.
17           Okay?
18           I'm pro life on the issue of abortion.  That
19 doesn't mean in every case, I believe rape and incest and
20 so forth, but I believe that, you know, it's taken too
21 lightly, the -- the child in the womb, and I believe DNA
22 is -- that's another human being in there, that's totally
23 different DNA, so I'm pro life.
24           But I'm pro life on the issue of I don't think
25 you should bomb abortion clinics.  I mean to me, that's a



WILLIAM JEYNES, PH.D.
October 2, 2012

Page 115

```
 1    pro life position, you don't -- if you follow what I'm
 2    saying.
 3              So oh, absolutely not.  My goodness, no.  I mean
 4    I wouldn't be doing research to stop bullying if I
 5    believed there was any circumstance that -- any
 6    circumstance that justified bullying.
 7              And how I got involved in the parental
 8    involvement aspect of it is some of my kids were being
 9    bullied.  And -- and I -- you know, and I was raised, you
10    know, in a single-parent home, my mother couldn't have
11    done this for me, and I thought "I'm not going to let
12    this go, they're really getting pushed around out there,
13    and I'm going to come out and warn those kids 'You stay
14    away from my kids, you don't do that to my kids,'" and
15    that's what I did, and that was the end of the matter.
16              And I truly believe that if I wasn't there to
17    say "Stay away from my kids, I can watch you from my
18    window," the bullying would have continued, and that's
19    when I thought you know what --
20              And so from the bullying aspect, I'm in favor of
21    all those things that reduce bullying, including teaching
22    in the classroom.
23              And again, I have no objection, in fact I
24    applaud Mr. McDowell and the school and whatever, to --
25    you know, teaching against bullying and saying "Under no
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

WILLIAM JEYNES, PH.D.
October 2, 2012

Page 116

```
 1    circumstances is it permissible."
 2              My only objection is I just think he could have
 3    done it in a way that would have been far more
 4    successful.
 5              And it was just so sad because I think there was
 6    so much potential good that could have come out of this
 7    with the children realizing "We need to be more tolerant,
 8    we need not to bully," and when the teacher turned around
 9    and showed intolerance and bullying himself, he totally
10    undermined his lesson, and I just --
11              I -- I mean, you know, this is totally apart
12    from what we're discussing here, this is a human being
13    speaking to two other human beings, and I think one day
14    you folks are going to come to this conclusion it's just
15    a tragedy that something that could have produced so much
16    good produced such a mess.
17              That's really all I'm here to say.
18              MR. HENLEY:  Thank you.
19              I -- I don't have anything further.
20
21                       FURTHER EXAMINATION
22
23    BY MS. BARTOS:
24         Q.   You know, I just want to go back.
25              I can't -- looking at your attachment as your
```

