# Suicide of Tyler Clementi

From Wikipedia, the free encyclopedia

**Tyler Clementi** (December 19, 1991 – September 22, 2010) was an eighteen-year-old student at Rutgers University in Piscataway, New Jersey, who jumped to his death from the George Washington Bridge on September 22, 2010. On September 19, his roommate, Dharun Ravi, and a fellow hallmate, Molly Wei, used a webcam on Ravi's computer and a computer in Wei's dorm room to view, without Clementi's knowledge, Clementi kissing another man.[3] On September 21, the day prior to the suicide, Ravi urged friends and Twitter followers to watch via his webcam a second tryst between Clementi and his friend, though the viewing never occurred.[4][5]

Ravi and Wei were indicted for their roles in the webcam incidents, though they were not charged with a role in the suicide itself.[6]

Clementi's death brought national and international attention to the issue of cyberbullying and the struggles facing LGBT youth.[7]



**Tyler Clementi**

Facebook profile picture of Tyler Clementi[1]

| | |
|---|---|
| **Born** | December 19, 1991[2] Ridgewood, NJ, U.S. |
| **Died** | September 22, 2010 (aged 18) New York City, New York, U.S. |
| **Cause of death** | Suicide by jumping from height |
| **Occupation** | student |

## Contents

- 1 Background
- 2 Webcam incidents
    - 2.1 First viewings
    - 2.2 Second attempt
- 3 Suicide
- 4 Reaction
    - 4.1 At Rutgers
    - 4.2 Charitable
    - 4.3 Government
    - 4.4 Parents' statements
    - 4.5 Advocacy
    - 4.6 Criticism of media coverage
    - 4.7 In popular culture
- 5 Court case
- 6 See also
- 7 References
- 8 External links



EXHIBIT 5