JOHNSON G. McDOWELL, IV
June 5, 2012

Page 137

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN


SANDRA GLOWACKI, on behalf of her

Minor children, D.K.G. and

D.C.G.,

                    Plaintiff,


        vs.                  Case No. 2:11-cv-15481-PJD-DRG

                             Hon. Patrick J. Duggan

HOWELL PUBIC SCHOOL DISTRICT,

and JOHNSON (JAY) MCDOWELL,

individually and in his official

capacity as a teacher in the

Howell Public School District,

                    Defendants.

_____


        The Continued Deposition of

        JOHNSON G. McDOWELL, IV,

        Taken at 38505 Woodward Avenue, Suite 2000,

        Bloomfield Hills, Michigan,

        Commencing at 9:10 a.m.,

        Tuesday, June 5, 2012,

        Before Melinda S. Moore, CSR-2258.



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com



EXHIBIT
7

412ea2fc-c11e-4eb

JOHNSON G. McDOWELL, IV
June 5, 2012

Page 143

1   A.  Before we start, if I could grab something to

2       drink.

3                   (Off the record at 9:12 a.m.)

4                   (Back on the record at 9:13 a.m.)

5   BY MS. MERSINO:

6   Q.  You understand that everything today will be

7       transcribed by the court reporter who's here?

8   A.  That's correct.

9   Q.  Okay.  And everything today could be used in a

10      court of law --

11  A.  Um-hmm, yes.

12  Q.  -- and is under oath --

13  A.  Yes.

14  Q.  -- subject to penalties of perjury?

15  A.  Yes.

16  Q.  And are there any rules that I just stated that

17      you don't understand or require further

18      clarification?

19  A.  No, I understand all that.

20  Q.  Okay.  So let's go to the 20th of October of

21      2010.  Can you describe -- you said that you

22      showed the video in six of your classes that day?

23  A.  That's correct.

24  Q.  And can you go through those classes.

25  A.  It would be five classes.  There are six classes



JOHNSON G. McDOWELL, IV
June 5, 2012

| | | |
|---|---|---|
| 1 | | now this year.  There were five classes at that |
| 2 | | time. |
| 3 | Q. | Starting with your first class, can you describe |
| 4 | | which class it was and how it came about that you |
| 5 | | showed the video. |
| 6 | A. | I don't remember my exact schedule.  I teach |
| 7 | | semester classes, so it changes from semester to |
| 8 | | semester, so I don't know whether I taught |
| 9 | | government first and then philosophy and then |
| 10 | | world religions and then econ.  So I don't |
| 11 | | remember the exact order of the classes is what |
| 12 | | I'm saying.  In each class, the class began with |
| 13 | | me talking about the fact that it was |
| 14 | | anti-bullying day and that the school district was |
| 15 | | doing an anti-bullying program as brought forward |
| 16 | | by Marcia McEvoy.  And I spoke briefly about the |
| 17 | | problems with bullying and the recent deaths that |
| 18 | | had occurred that semester -- the fall semester |
| 19 | | around the country, and then I showed about three |
| 20 | | minutes of the video, and then we went on to |
| 21 | | class. |
| 22 | | And each class went that way up until |
| 23 | | Daniel Glowacki's class, at which point I didn't |
| 24 | | get five minutes into the class before he |
| 25 | | interrupted me and interrupted the class. |

Page 145

```
 1   Q.   Okay.  What was the presentation that you were

 2        giving at the beginning of class?  You said you

 3        started to discuss anti-bullying day?

 4   A.   Right, discussed that it was National

 5        Anti-Bullying Day, and that the school district

 6        had put forward an anti-bullying program that we

 7        had been trained on that by Marcia McEvoy before

 8        school started, and that bullying was a bad thing

 9        and they shouldn't do it.

10   Q.   And you say that the anti-bullying day was

11        sponsored by the school?

12   A.   I said that it was anti-bullying day.  I don't

13        know if I told the students it was sponsored by

14        the school or not.

15   Q.   Did you believe it to be sponsored by the school?

16   A.   I believed it to be okayed by the school, yes.

17   Q.   And prior to your classes that day, what exactly

18        had you prepared?  You said you gave a

19        presentation.  What did the presentation entail?

20   A.   There was nothing that I prepared ahead of time.

21        It's just -- I mean, I just talked about bullying

22        is a bad thing, cyber bullying is a bad thing, you

23        know, don't bully.

24   Q.   And you were wearing the purple Tyler's Army

25        T-shirt?
```



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 146

| 1  | A. | That's correct. |
| 2  | Q. | And you had planned to show the video in each of |
| 3  |    | your classes? |
| 4  | A. | Um-hmm, and did without incident. |
| 5  | Q. | And that would be Exhibit 16 that we viewed on |
| 6  |    | the 29th of May? |
| 7  | A. | I believe that is Exhibit 16, yes. |
| 8  | Q. | Now, you stated in your presentation that you |
| 9  |    | discussed Marcia McEvoy's teachings.  How did -- |
| 10 | A. | I just mentioned we were doing this anti-bullying |
| 11 |    | push, yes. |
| 12 | Q. | And what was it that you relayed to the students |
| 13 |    | that you learned at the in-service from the |
| 14 |    | school? |
| 15 | A. | That we would be taking a tough stance on |
| 16 |    | bullying. |
| 17 | Q. | Anything else? |
| 18 | A. | Not that I remember, no. |
| 19 | Q. | What exactly did you tell the class? |
| 20 | A. | I don't remember exactly what I told the class. |
| 21 | Q. | Do you remember how you started the conversation? |
| 22 |    | Did you -- |
| 23 | A. | I don't remember. |
| 24 | Q. | Did you reference your T-shirt? |
| 25 | A. | I don't know. |



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 148

1  Q.  Did you wait until the bell rang and your class
2      was to begin before --
3  A.  I assume that I waited for the bell to ring, yes.
4      That would be normal procedure.
5  Q.  Okay.  And then after the bell rings, what's
6      happening in your class?
7  A.  After the bell rang, then I would be at the front
8      of the classroom, and would be about to begin
9      whatever it is that I'm going to do, whether it's
10     to start the lesson plan, whether it's to talk to
11     the students about something.
12 Q.  Okay.  So on the 20th of October you planned to
13     talk to the students about Anti-Bullying Day?
14 A.  Correct.
15 Q.  And what do you first say?
16 A.  I don't remember what I first said.
17 Q.  You said something?
18 A.  Right.  I said something, but you told me not to
19     speculate.  I don't remember.
20           MS. BARTOS:  The witness has already
21     said a few times he doesn't remember exactly what
22     he said, but he gave you an idea of what the
23     discussion was about.
24 BY MS. MERSINO:
25 Q.  If you can answer the question.



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 149

```
 1   A.   I don't know exactly what I said.
 2            MS. BARTOS:  He said he doesn't know.
 3   BY MS. MERSINO:
 4   Q.   Not saying exactly what you said, can you
 5        paraphrase what you said?
 6   A.   I talked about -- or I would have begun to talk
 7        about anti-bullying, but Daniel interrupted me and
 8        said, what is that T-shirt, or something to that
 9        effect, and I said it was an anti-bullying
10        T-shirt.  And he said, well, why do you get to
11        wear those T-shirts if gays get -- why -- no,
12        actually, if we go back, I guess, before that,
13        that's when the other young lady came in and sat
14        down and had the Confederate belt buckle on her --
15        on her hand.  I asked her to remove it, as I had
16        many times, and she took it off and put it in her
17        bag.
18   Q.   Can you describe which student this was who had
19        the Confederate flag belt.
20   A.   It was a female student.
21   Q.   Do you remember her name?
22   A.   I do not.
23   Q.   And did she come into your class prior to class
24        beginning?
25   A.   Um-hmm.
```



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 150

1   Q.   Were there people in your class already seated
2        when this female was entering?
3   A.   Yes, of course.
4   Q.   And at what time did you decide to ask her to
5        remove the Confederate flag belt buckle?
6   A.   As soon as she sat down like I normally did.
7   Q.   So the student sat down and then you asked her
8        to --
9   A.   Um-hmm.
10  Q.   Did you ask her in front of the whole class or
11       did you take her aside?
12  A.   Well, I just approached her and said can you
13       remove your Confederate flag belt buckle.  It's a
14       class of 35 students.  You're standing, you know,
15       a foot from the student, two feet from the student
16       and you ask her.  I don't know if that qualifies
17       as taking her aside or not.
18  Q.   And where was she seated in the class?
19  A.   Front row.
20  Q.   Now, you said the student had previously worn the
21       Confederate flag belt buckle to class?
22  A.   That's correct.
23  Q.   Why was it on this day that you asked her to
24       remove it?
25  A.   I asked her to remove it every day that she wore



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 154

| | | |
|---|---|---|
| 1 | A. | I then explained the difference in symbolism |
| 2 | | between the Confederate flag and the rainbow flag. |
| 3 | Q. | And can you explain that to us. |
| 4 | A. | I explained the Confederate flag is seen by many |
| 5 | | people to be a symbol of racism, a symbol of a |
| 6 | | racist Jim Crow south.  It's associated with |
| 7 | | lynchings, with cross burnings, with the KKK, and |
| 8 | | that the rainbow flag was originally used by Jesse |
| 9 | | Jackson's Rainbow Coalition in the early 1970s and |
| 10 | | was taken over by the gay movement in the late |
| 11 | | 70s, early 1980s. |
| 12 | Q. | Was this all that you said -- |
| 13 | A. | Um-hmm. |
| 14 | Q. | -- at that time? |
| 15 | | And then was there any response? |
| 16 | A. | He said, well, I don't accept gays. |
| 17 | Q. | Had you asked him about his feelings on |
| 18 | | homosexuality prior to this? |
| 19 | A. | No.  No.  That wouldn't make any sense. |
| 20 | Q. | So you're saying Daniel then says I don't accept |
| 21 | | gays? |
| 22 | A. | That's correct. |
| 23 | Q. | And then what do you say in response? |
| 24 | A. | I said that you can't say that in class. |
| 25 | Q. | And then what is the response? |



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 155

```
 1    A.   He said, well, I don't accept gays because I'm
 2         Catholic.
 3    Q.   Did you ask him what he meant by this?
 4    A.   No.  I said that's fine that you're Catholic, but
 5         you still can't say I don't accept gays in class.
 6    Q.   Did you ask him to clarify what he was saying
 7         or --
 8    A.   No.  There didn't need to be a discussion.
 9         Because usually when a student says something that
10         they're not allowed to say in class, you say you
11         can't say that in class and they don't say it.  If
12         a kid swears in class and you correct them and say
13         you can't say that in class, that's the end of the
14         discussion.
15    Q.   Did Daniel swear in class?
16    A.   No.  He said I don't accept gays.
17    Q.   And then he says I don't accept gays because it's
18         against my religion?
19    A.   No, he said I don't accept gays because I'm
20         Catholic.
21    Q.   Because I'm Catholic?
22    A.   Um-hmm?
23    Q.   What happens next?
24    A.   Then classroom, you know, discussion occurred,
25         that, you know, where I became upset over the fact
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

412ea2fc-c11e-4ebc-bc52-973dc57ab748

JOHNSON G. McDOWELL, IV
June 5, 2012

Page 156

```
 1        that he insisted on saying I don't accept gays.  I

 2        mean, you can imagine if somebody said I don't

 3        accept blacks, I don't accept Asians, I don't

 4        accept Jews, and kept saying it, and giving

 5        reasons for why it's okay for them to say that,

 6        that that would upset a teacher who's trying to

 7        continue on in class and knowing there might be

 8        Asians or Jews or blacks or gays in the classroom,

 9        that that could be upsetting.

10               So then I became upset and told him he

11        can't say that in class, and I said, just like you

12        can't say I don't accept blacks, you can't say I

13        don't accept gays in class, and just like you

14        can't say I don't accept blacks because blacks are

15        against my religion, you can't say I don't accept

16        gays because it's against my religion.

17   Q.   Did he ever say that he didn't accept blacks?

18   A.   No.

19   Q.   Did he ever say that he didn't accept Jews?

20   A.   No.

21   Q.   Did he ever say that he didn't accept Asians?

22   A.   No.

23   Q.   Do you know of any religion that would have those

24        beliefs?

25   A.   Sure.  Southern Baptists didn't denounce slavery
```

Page 157

```
 1        until the mid 19 -- or 1990s.
 2   Q.   Do you know of the Catholic religion not
 3        accepting Asians or Jews or blacks?
 4   A.   I think you have a mixed history of 2000 years of
 5        Catholic history on Jews, sure.
 6   Q.   Did you ever ask Daniel what he meant by not
 7        accepting gays?
 8   A.   No, because the purpose was to stop the discussion
 9        not to continue the discussion about why don't you
10        accept gays.
11   Q.   Did you ever ask him about Catholic social
12        teaching?
13   A.   No, I did not ask him about Catholic social
14        teaching.
15   Q.   I'm just wondering if you clarified at all.
16   A.   No, I would not ask it.  I wouldn't assume that he
17        would know Catholic social teaching.
18   Q.   He pronounced he was Catholic, correct?
19   A.   That is correct.  I also am Catholic.
20   Q.   And he stated that he did not accept gays because
21        he was Catholic?
22   A.   Right.
23   Q.   And did you have any further discussion about if
24        he had anything actually against people who are
25        gay?
```



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 178

```
 1   Q.   Was he speaking with the other students in class?

 2   A.   Yes, he was.

 3   Q.   And what was he saying?

 4   A.   I don't remember.

 5   Q.   Do you remember how many comments he made to

 6        other students?

 7   A.   I don't remember.

 8   Q.   Do you remember the tone of voice he used?

 9   A.   I don't remember, no.

10   Q.   Do you remember which students he spoke to?

11   A.   No.

12   Q.   Do you remember what the other students said back

13        to Daniel?

14   A.   No, I do not.

15   Q.   Did you tell the class at that point to stop?

16   A.   I don't remember if I did or not.

17   Q.   Did you make any sort of request of the class in

18        its entirety for the way they were behaving?

19   A.   I don't remember.

20   Q.   Okay.  So what's the next thing that you do?

21   A.   The next thing that I do is I then -- because

22        Daniel was still pursuing his point of I don't

23        accept gays, it's against my religion, I then put

24        him in the hallway.

25   Q.   How do you put Daniel in the hallway?
```



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 179

 1   A.   I told him to get out into the hallway.

 2   Q.   Did you tell him anything else other than get out

 3        in the hallway?

 4   A.   I probably said get out in the hallway.

 5   Q.   And probably, or you remember saying that?

 6   A.   I probably -- that's typically what I say, so

 7        that --

 8   Q.   Did you ever tell Daniel after you had the

 9        discussion with the entire class to stop talking

10        prior to saying get out in the hallway?

11   A.   Yes, I did.

12   Q.   So after the class was speaking up and making

13        comments, you made a request of Daniel?

14   A.   Yes.

15   Q.   And what was that request?

16   A.   I asked -- I believe I asked him to stop talking

17        or stop commenting -- stop saying I don't accept

18        gays.

19   Q.   And what was his reaction after the entire class

20        was involved?

21   A.   I don't understand your question.

22   Q.   Okay.  So the order of things is at this point

23        we're talking about when the other students were

24        discussing matters and you said that you were

25        getting frustrated at this point.



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 180

```
 1   A.   Um-hmm.
 2   Q.   And at this point do you yet again ask Daniel to
 3        stop?
 4   A.   I believe I did, yes.
 5   Q.   And what is his reaction?
 6   A.   He didn't stop.
 7   Q.   And then what do you do next?
 8   A.   I told him to get in the hallway.
 9   Q.   What does Daniel do?
10   A.   He gets up and gets in the hallway.
11   Q.   Do you tell him why?
12   A.   I would assume that I did after he was in the
13        hallway, yes.
14   Q.   Okay.  Can you walk me through the steps that
15        occur after you tell Daniel to get into the
16        hallway.
17   A.   Then I -- at that point when he went out into the
18        hallway, another student came in who was coming in
19        to class late, and he said, well, I don't accept
20        gays either, can I get in the hallway.  And I
21        said, sure.
22   Q.   How did that student know what the conversation
23        was in class?
24   A.   He had just walked into class.
25   Q.   How long was the other student in class for?
```



Page 181

```
 1    A.    I don't remember.
 2    Q.    Was the other student in class to hear the
 3          entirety of what occurred?
 4    A.    No, no.
 5    Q.    What would the other students have heard?
 6    A.    I don't know.  I wasn't focused on the door, so he
 7          could have been standing at the door for five or
 8          ten minutes or he could have been there for three
 9          or four minutes.
10    Q.    Was the other student seated at a seat when you
11          asked him to get into the hallway as well?
12    A.    No, he had just walked in -- he had walked into
13          class and said I don't accept gays either, can I
14          leave.  And I said, yep.
15    Q.    Did you ask him what he meant by that comment?
16    A.    No.
17    Q.    At what point did you decide to issue the snap
18          suspension against Daniel?
19    A.    At the point when I asked him to stop talking and
20          he didn't stop talking, I would assume that would
21          be the point.
22    Q.    And which point exactly was that at?
23    A.    Counsel, I couldn't give you an exact point.  This
24          is something that's building in class where Daniel
25          is being belligerent and causing -- hijacking the
```



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 182

```
 1          class, allowing me not to follow my lesson plan,
 2          and at that point pretty typical of a teacher, we
 3          will send a student into the hallway.
 4    Q.    At this point are you also getting more
 5          frustrated with the situation, more angry?
 6    A.    I'm getting more frustrated, yes.
 7    Q.    Are you getting heated?
 8    A.    I was getting frustrated.
 9    Q.    Would you say yes, you were getting more heated?
10                MS. BARTOS:  It's a relative team.
11          What do you mean by more heated?
12    BY MS. MERSINO:
13    Q.    Upset, angry.
14                MS. BARTOS:  You asked him if he got
15          upset and he said no.  He said frustrated.
16    BY MS. MERSINO:
17    Q.    Do you understand the question?
18    A.    I got frustrated, yes.
19    Q.    So you were not angry?
20    A.    I got very frustrated.  I mean, probably bordering
21          on angry, sure.
22    Q.    Bordering on angry but not angry?
23    A.    Bordering on angry, yes.
24    Q.    So as this is occurring, then you're getting
25          frustrated, bordering on angry, and at that point
```



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 183

```
 1            you issue the snap suspension?
 2    A.      That would be correct.
 3    Q.      Does Daniel immediately go out into the hallway?
 4    A.      Yes, he does.
 5    Q.      Does Daniel make any other comments?
 6    A.      Not that I remember, no.
 7    Q.      How soon after you order Daniel do get into the
 8            hallway do you have this interaction with the
 9            other student in class?
10    A.      I believe they passed each other.
11    Q.      So are you saying that Adam, the other student,
12            was walking in as Daniel was walking out?
13    A.      I believe so, yes.
14    Q.      And how does the interaction with the other
15            student begin?  Does the student volunteer the
16            information about I don't accept gays, either?
17    A.      The student volunteered the information.
18    Q.      And what do you say to him?
19    A.      Yes, you can get out in the hallway.
20    Q.      And at that point are you angry or are you
21            frustrated?
22    A.      Frustrated, sure.
23    Q.      Are you angry or --
24    A.      Frustrated.
25    Q.      So at this point you've ordered both students
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

412ea2fc-c11e-4ebc-bc52-973dc57ab748

JOHNSON G. McDOWELL, IV
June 5, 2012

Page 184

```
 1        into the hallway?
 2   A.   That's correct.
 3   Q.   What is the class doing?
 4   A.   At that point, I don't know.  Probably talking to
 5        each other like most classes will do.
 6   Q.   When did you decide to issue a snap suspension
 7        against the additional student, Adam?
 8   A.   When he said I don't accept gays.
 9   Q.   Was Adam arguing?
10   A.   No.
11   Q.   How did he say the comment?  Was he calm?
12   A.   He said I don't accept gays either, can I go out
13        in the hallway.
14   Q.   Was he that monotone about it?  Was he calm?
15   A.   Yes.
16   Q.   Yes?
17   A.   Yes.
18   Q.   So the class is talking.  And do you continue to
19        stay with the class or do you go out into the
20        hallway?
21   A.   I went out into the hallway and explained to them
22        again that what he said was inappropriate, that
23        some people could compare it to racism, and that
24        they couldn't come back in class.
25   Q.   When you went into the hallway, did you keep the
```



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 185

1      door open or did you close it?

2   A.  I don't remember.

3   Q.  When you've had other students go into the

4      hallway in the past, do you typically keep the

5      door open or do you close it?

6   A.  It would depend on the situation.

7   Q.  Okay.  So when the students are in the hallway at

8      that point are they silent?  By students, I mean

9      Daniel and Adam.

10  A.  I don't remember.

11  Q.  Do you initiate the conversation at that point in

12     the hallway?

13  A.  I did.

14  Q.  And what's the first thing that you say to them?

15  A.  The only thing I remember saying to them is that,

16     you know, what you said was inappropriate, you

17     can't say that in class, some people would

18     consider that to be racism.

19  Q.  And when you say that some people would consider

20     it to be racism, exactly which comments are you

21     referring to?

22  A.  I don't understand your question.

23  Q.  Okay.  Correct me if I'm wrong.  Do you say that

24     when you get into the hallway, you told the

25     students that is inappropriate, you can't say



JOHNSON G. McDOWELL, IV
June 5, 2012

Page 186

```
 1        that in class, some people would consider that to
 2        be racism?
 3   A.   Um-hmm.
 4   Q.   And when you say some people would consider it to
 5        be racism, which comments of the students are you
 6        referring to?
 7   A.   Oh, I don't accept gays.
 8   Q.   And how did the students respond to that
 9        statement?
10   A.   I don't remember.
11   Q.   Do they stay quiet when they're in the hallway?
12   A.   I don't remember.  It would be unlike Daniel to
13        stay quiet, but I don't remember.
14   Q.   Now, after you say that some people would
15        consider it to be racism, what do you say next?
16   A.   I don't remember exactly.  I believe I went back
17        into the classroom to call Jen Goodwin to have
18        security come up and get the boys.
19   Q.   Did you tell the boys, Daniel and Adam to stay in
20        the hallway?
21   A.   I don't know whether I did or not, but I think
22        that was understood.
23   Q.   And then you go back into the classroom and use
24        the classroom phone?
25   A.   That's correct.
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

412ea2fc-c11e-4ebc-bc52-973dc57ab748

JOHNSON G. McDOWELL, IV
June 5, 2012

Page 188

| | | |
|---|---|---|
| 1 | A. | I'm sure I probably did. |
| 2 | Q. | Do you communicate to the boys, Adam and Daniel, |
| 3 | | that they're being suspended? |
| 4 | A. | It's the last day -- the last hour of class and |
| 5 | | they've been sent out of the last hour of class |
| 6 | | and being escorted by the security guard, so I |
| 7 | | don't know whether I said that or not or whether |
| 8 | | they surmised that they couldn't come back in |
| 9 | | class. |
| 10 | Q. | Did you tell Jennifer Goodwin that they were |
| 11 | | being suspended? |
| 12 | A. | I know I did after school, you know.  Obviously |
| 13 | | after school they -- you know, it's like time |
| 14 | | served in the court system.  They've already been |
| 15 | | removed from class for the last half hour of class |
| 16 | | so that's what they're being suspended for, is the |
| 17 | | last half hour of class, what a snap suspension |
| 18 | | is, and they both would be let back into class the |
| 19 | | next day. |
| 20 | Q. | How long is the economics class? |
| 21 | A. | At that time it was 55 minutes. |
| 22 | Q. | And approximately how far into class were you |
| 23 | | when the snap suspensions were issued? |
| 24 | A. | My guess would be around 20 minutes. |
| 25 | Q. | After the boys left, then what is the next thing |



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

412ea2fc-c11e-4ebc-bc52-973dc57ab748