
Case 2:11-cv-15481-PJD-DRG  ECF No. 23-12, PageID.292  Filed 11/15/12  Page 1 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

SANDRA GLOWACKI, on behalf of her
minor children, D.K.G. and D.C.G.,

                Plaintiffs,

v.

HOWELL PUBLIC SCHOOL DISTRICT,
and JOHNSON ("JAY") MCDOWELL,
individually and in his official capacity as
teacher in the Howell Public School District,

                Defendants.
_____/

Case No. 2:11-cv-15481-PJD-DRG

Hon. Patrick J. Duggan

AMERICAN FREEDOM LAW CENTER
Robert J. Muise (P62849)
Attorney for Plaintiffs
P.O. Box 131098
Ann Arbor, Michigan 48113
rmuise@americanfreedomlawcenter.org
(734) 635-3756

THOMAS MORE LAW CENTER
Erin Mersino (P70886)
Attorneys for Plaintiffs
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
emersino@thomasmore.org
(734) 827-2001

THRUN LAW FIRM, P.C.
Roy H. Henley (P39921)
Attorneys for Defendant Howell Public
School District
2900 West Road, Ste. 400
P.O. Box 2575
East Lansing, Michigan 48826-2575
rhenley@thrunlaw.com
(517) 484-8000

PLUNKETT COONEY
Suzanne P. Bartos (P36490)
Attorneys for Defendant McDowell
535 Griswold Street, Ste. 2400
Detroit, Michigan 48226
sbartos@plunkettcooney.com
(313) 983-4741

_____/

## AFFIDAVIT OF RONALD C. WILSON



Ronald C. Wilson, being first duly sworn, states the following:

1. I am Superintendent of the Howell Public Schools, and have been so employed at all times relevant to this case. As Superintendent, I am the chief executive officer of the Howell Public Schools.

2. Mr. Johnson ("Jay") McDowell had no previous employment disciplinary history at the Howell Public Schools before the incident with Daniel Glowacki which occurred on October 20, 2010.

3. Mr. McDowell was initially suspended for one day as a result of that incident. The suspension was ultimately reduced to a written reprimand.

4. Mr. McDowll has not been subject to any other employment-related discipline at the Howell Public Schools.

5. To the best of my knowledge, information, and belief, no other teacher at the Howell Public Schools has been disciplined for, or accused of, inappropriately reacting to a student's stated religious beliefs or religiously-based viewpoints, which were appropriately expressed in the course of a class discussion.

6. This Affidavit is based upon my personal knowledge, and I could competently and accurately testify regarding its contents if requested to do so.

*/s/ Ronald C. Wilson*
Ronald C. Wilson

STATE OF MICHIGAN   )
                    ) ss.
COUNTY OF LIVINGSTON )

Acknowledged before me in Livingston County, Michigan, on Nov. 13, 2012, by Ronald C. Wilson.

Janice A. Stewart
*/s/ Janice A. Stewart*
Notary Public, State of Michigan, County of Livingston
My commission expires on: 01/05/2018
Acting in the County of Livingston

2