# GLOWACKI v. HOWELL PUBLIC SCHOOL DISTRICT, ET AL

## MARK A. SHARP, Ed.D.

September 12, 2012

*Prepared for you by*



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

**Bingham Farms/Southfield • Grand Rapids**
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw



EXHIBIT 16

MARK A. SHARP, Ed.D.
September 12, 2012

Page 27

```
 1   A.   At that -- this was on the phone so it wasn't --
 2        regarding the issue, I think I went down and
 3        talked to Mr. Moran, who was principal at the
 4        time, informed him of my findings in the
 5        investigation, informed him of my conversation
 6        that I had with Ms. Glowacki, informed him of my
 7        conversation I had with Mr. McDowell.
 8   Q.   Did Mr. Moran instruct you to do anything
 9        further?
10   A.   No, he did not.  At that point in time I told him
11        based on -- the understanding is the young man
12        will have a discussion about the issue, there will
13        be no further disciplinary action towards Dan, and
14        that was -- basically at that time I was done.
15   Q.   Did you ever receive a referral from
16        Mr. McDowell?
17   A.   I did.
18   Q.   Do you remember when you received that?
19   A.   I can't remember if it was sitting on my -- I have
20        an in box, a basket.  It may have been sitting
21        there when I got out of the staff meeting or I
22        picked it up first thing in the morning when I
23        came in.
24   Q.   Do you know if you instructed Mr. McDowell to
25        write the referral or if it was --
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

7e70f026-f9a0-4d14-9c10-f6e507d3c6bd

MARK A. SHARP, Ed.D.
September 12, 2012

Page 28

```
 1   A.   Yes, I suggested that he write a referral so I
 2        have -- when I talk to the young man, I have some
 3        direct information of what happened in the
 4        classroom and why he was referred to me.
 5   Q.   And is that in accordance with a snap suspension,
 6        that a teacher -- it would be appropriate for a
 7        teacher to write out a referral so you would know
 8        what's going on?
 9   A.   Definitely.  Definitely.  If a snap suspension --
10        if you want to call it a snap suspension, that
11        would warrant communicating to an administrator
12        why the student was removed from the classroom.
13   Q.   Was it you who made the decision that Daniel
14        Glowacki not be further punished?
15   A.   I had a conversation.  Based on my conversation
16        with the student and with Mr. McDowell, I felt
17        that the consequence was -- you know, if you want
18        to call it a consequence, being asked to step out
19        of the classroom was enough, and that the two
20        would have a conversation regarding the issue.
21        And when I told that to Mr. Moran, he agreed.
22   Q.   Was there ever any discussion about the meeting
23        between Mr. McDowell and Daniel Glowacki and if
24        assistant principals would be sitting in on the
25        meeting or --
```

