## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Excerpts of the Deposition of D.K.G. |
| Exhibit 2 | Affidavit of Brandon Szuch |
| Exhibit 3 | Affidavit of Danielle Kollath |
| Exhibit 4 | Deposition of Dr. Mark Sharp Exhibits 35 and 36, D.K.G.'s Statement made on October 21, 2010 |
| Exhibit 5 | Deposition of Defendant McDowell Exhibit 17, Defendant McDowell's Statement made on October 21, 2010 |
| Exhibit 6 | Excerpts of Deposition of Defendant McDowell |
| Exhibit 7 | Excerpts of the Deposition of Aaron Moran |
| Exhibit 8 | Excerpts of the Deposition of Wendy Hiller |
| Exhibit 9 | Excerpts of the Deposition of Ronald Wilson |
| Exhibit 10 | Affidavit of David DeVries |
| Exhibit 11 | Dep. of Defendant McDowell at Ex. 13 |
| Exhibit 12 | Dep. of Defendant McDowell at Ex. 14 |
| Exhibit 13 | Excerpts of the Dep. of Dr. Daniel Guernsey |
| Exhibit 14 | Dr. Guernsey Expert Report, Defense Ex. 38 |
| Exhibit 15 | Dep. of Defendant McDowell at Ex. 15 |
| Exhibit 16 | Dep. of Defendant McDowell at Ex.12 |
| Exhibit 17 | Dep. of Defendant McDowell at Ex. 4 |
| Exhibit 18 | Dep. of Defendant McDowell at Ex. 18 |
| Exhibit 19 | Excerpts of the Deposition of D.C.G. |