# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SANDRA GLOWACKI, on behalf of her minor children, D.K.G. and D.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> HOWELL PUBLIC SCHOOL DISTRICT, and JOHNSON ("JAY") MCDOWELL, individually and in his official capacity as a teacher in the Howell Public School District, <br><br> Defendants. | Case No. 2:11-cv-15481-PJD-DRG <br><br> Hon. Patrick J. Duggan <br><br> Mag. Judge David R. Grand |

## AFFIDAVIT OF BRANDON SZUCH

**BEFORE ME**, the undersigned Notary, *Sharon Peper*, on this 22nd day of June, 2012, personally appeared Brandon Szuch, known to me to be a credible person and of lawful age, declares under penalty of perjury that the following is true:

On October 20, 2010 in 6th hour we all sat down and started class. Mr. McDowell started talking about gay rights and how gays are discriminated against. Dan (Daniel Glowacki) said it was against his religion to be gay. Mr. McDowell looked at him and asked if he supported gays. Dan said no, it was against his religion. When Dan told Mr. McDowell it was against his religion to be gay, he didn't say it sarcasticly or have any attitude in his voice, it was like he was talking to a friend. Mr. McDowell immediately got mad and started yelling at Dan and told him to go to the office. Dan asked why because he didn't do anything wrong and Mr. McDowell said he was showing hatred towards gays and he also told Dan he was going to get suspended for discriminating against gays. Dan walked out of the room to go to the office and Mr. McDowell started to have a discussion with the class about it. Mr. McDowell called the office in front of

the class to have a security guard come get Dan and he was crying when he was on the phone. Most people in the class thought that Mr. McDowell over reacted and that Dan did nothing wrong. I thought Mr. McDowell over reacted and Dan didn't do anything wrong, he just told him that it was against his religion to be gay.

*[signature]*
Brandon Szuch

Subscribed and sworn to before me
This 22nd day of June, 2012

*[signature]*
Sharon L. Peper, Notary Public
Macomb County, Michigan
My Commission Expires: 04/30/2017
Acting in Washtenaw County

SHARON L. PEPER
Notary Public, State of Michigan
County of Macomb
My Commission Expires Apr. 30, 2017
Acting in the County of Washtenaw