# EXHIBIT 4

Mr. McDowell asked ▓▓▓ if she could take her belt off, ▓▓▓ said that ▓▓▓ thought it was stupid that she has to take her belt off (confederate flag) but gays could wear rainbow shirts. ▓▓▓ think that's what started the whole argument). ▓▓▓ Said that ▓▓▓ Catholic so by them wearing rainbow shirts it was discrimination. He said if ▓▓▓ really was Catholic ▓▓▓ would go to a Catholic school. He then continued arguing about that and ended with if ▓▓▓ didn't like gays ▓▓▓ could leave his room, So ▓▓▓ picked up ▓▓▓ bag and left.

▓▓▓ 10/21/10

EXHIBIT NO. 35
9-12-12
M. MOORE

Mr. McDowell asked students [...] [...] her belt off (confederate flag) but gays could wear rainbow shirts [...]. That's what started the (Nate argument). I said that I'm Catholic so by their [wearing] rainbow shirts it was discriminating. He said [...] and ended with if I didn't [like] gays I could leave the room, so I packed up my bag and left.

Daniel Glowacki 10/21/10

Sharp
EXHIBIT NO. 36
9-12-12
M. MOORE