# EXHIBIT 15




# McDowell---Social Issues, World Religions, Economics



**NAVIGATION**

 My Home Page

 Social Issues

Economics

 World Religions

 My Homework

My Calendar

My Links

Classroom News

My Booklist

My Resources

My Forms

My Quizzes

My Message Board



**Howell High School & Freshman Campus**
HHS:1200 W. Grand River,
Howell, MI 48843 /
FC:1400 W. Grand River,
Howell, MI 48843 /
Attendance Phone: 517-540-8311 /
Main Office HHS: 517-540-

**ECONOMICS**

Welcome to Economics!

**Instructor: J. McDowell**
**E-mail: mcdowelj@howellschools.com**


EXHIBIT 15
WIT: McDowell
DATE: 5-29-12
MARIE PUCHEL, CSR, CRR

Economics Syllabus

Howell HS 2009

This course is designed to teach you how economics influences your daily lives. We will be covering the basics of both Micro and Macro Economics. We will also be examining personal budgets, the business world, the stock market, the federal budget, and global trade during this course. Completing ALL assigned work and participating in class will increase your chances of successfully passing the course and graduating!

Some of the topics we will be covering are:

Economic needs and wants

Trade-offs & opportunity costs

Economic systems

Supply and demand

Factors of productions

Market structures

Entrepreneurship

Role of banks

Economic indicators

8300 / Main Office FC: 517-548-6267 /
fax HHS: 517-545-1496 /
Fax FC: 517-545-1439
email info

District Home

Business cycle

National debt

Taxation

Federal budget

This class is a place for you to succeed and enjoy part of your day. Because I care about you as people and students, I will not allow anything to interfere with your ability to succeed in this class. We will be working together discussing many ideas, and exploring many concepts, therefore we must have a class where you can come without fear of being ridiculed or threatened. In this class you must have respect for yourself, your fellow classmates, and me, the teacher. I promise to show you respect. So in order for you to learn and I to teach and for all of us to have an enjoyable year, I have a set of rules to ensure that we have an orderly classroom.

Class Rules:

1. Students must follow all rules in the student handbook.

2. No cursing, swearing, bullying, racism, sexism, homophobia.

3. Bring ALL books and materials to class, this includes paper, pen, and textbook.

4. No destruction of classroom property including writing on desks, walls, floor.

5. Raise your hand and wait for permission to speak do not interrupt others.

If you choose to break these rules the consequences are the following:

First: Lunch detention or after school detention the following day at teacher's discretion.

Second: A call home to parents or legal guardian.

Third: Referral and possible expulsion from class.

If there has been destruction of property the student is required to clean, fix, or replace that property.

---

In order to help you learn to be a fantastic student and grow as an individual, I have a certain set of academic standards that must also be met.

1. All work must be turned in on time.

2. All work must be clean, not wrinkled, not folded, not crushed, no hanging chads.

3. All written work must be typed. Unless instructed otherwise.

4. All written work must include citations if appropriate. No copying.

5. Each person is responsible for the whole group's work.

Attendance Policy:

Read your Code of Conduct.

Survival Tips:

1. Students who succeed attend class. If absent, YOU are responsible for the work and notes.

2. A notebook is required. All handouts, assignments, tests, notes must be organized and placed in a folder. DO NOT THROW ANYTHING AWAY!!

3. There is an emphasis on teamwork and cooperative learning. Have a positive attitude toward working with different people.

Good Luck!

McDowell