# EXHIBIT 19

## Page 1

IN THE UNITED STATES DISTRCT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA GLOWACKI, on behalf of her
minor children, D.K.G and D.C.G.,

    Plaintiffs,

CASE NO. 11-cv-154891

vs

HOWELL PUBLIC SCHOOL DISTRICT,
JOHNSON "JAY" MCDOWELL, individually
and in his official capacity as a teacher
in the Howell Public School District,

    Defendants.
_____/

    The Deposition of DRAKE GLOWACKI, taken before me, Jennifer Wall, CSR-4183, a Notary Public within and for the County of Oakland, Acting in Washtenaw, State of Michigan, at 24 Frank Lloyd Wright Drive, Ann Arbor, Michigan on Wednesday, September 19th, 2012.

APPEARANCES:
  ERIN ELIZABETH MERSINO, ESQ.
  The Thomas More Law Center
  24 Frank Lloyd Wright Drive
  Ann Arbor, Michigan 48106
  (734) 827-2001
    Appearing on behalf of Plaintiff.

## Page 2

APPEARANCES, CONTINUING:

  SUZANNE P. BARTOS, ESQ.
  Plunkett Cooney
  535 Griswold, Suite 2400
  Detroit, Michigan 48226
  (313) 983-4741
    Appearing on behalf of Defendant McDowell.

  ROY H. HENLEY, ESQ.
  Thrun Law Firm, PC
  2900 West Road, Suite 400
  East Lansing, Michigan 48826
  (517) 484-8000
    Appearing on behalf of Howell Public Schools.

ALSO PRESENT: Sandra Glowacki
    Daniel Glowacki
    Cassandra Harmon-Higgins
    Johnson "Jay" McDowell

### WITNESS INDEX

| Witness | Examined by | Page |
|---|---|---|
| DRAKE GLOWACKI | Ms. Bartos | 3 |
|  | Mr. Henley | 10 |

### EXHIBIT INDEX

| Exhibit No. | Description | Page |
|---|---|---|
|  | (None marked) |  |

    * * * * *

## Page 3

1    Ann Arbor, Michigan
2    Wednesday, September 19, 2012
3    4:05 p.m.
4    ---
5    DRAKE GLOWACKI
6  was thereupon called as a witness herein, and after having been
7  first duly sworn to tell the truth, the whole truth and nothing
8  but the truth, was examined and testified as follows:
9    EXAMINATION
10  BY MS. BARTOS:
11  Q. Please state your name for the record.
12  A. Drake Glowacki.
13  Q. And Drake, who are you living with?
14  A. My mother and my dad.
15  Q. And does your brother Daniel live with you, too?
16  A. Yes, and my sister.
17  Q. And how old are you?
18  A. Sixteen.
19  Q. What's your birthday?
20  A. March 15, 1996.
21  Q. You over at Howell High School?
22  A. Can you repeat that.
23  Q. Are you attending Howell High School?
24  A. Yes.
25  Q. What grade are you in?

## Page 4

1  A. I am in eleventh.
2  Q. When did you first hear about the incident with your brother
3    being kicked out of econ class?
4  A. I think it was either the day of or the day after it
5    happened.
6  Q. Who did you hear it from?
7  A. My mother.
8  Q. Did you ever talk with your brother about it?
9  A. Yes.
10  Q. What did you talk about? Did he ever tell you what
11    happened?
12  A. Yes.
13  Q. What did he tell you?
14  A. He told me the story of what happened in the classroom and
15    that he had -- how he had to go down to Dr. Sharp's office.
16  Q. Have you spoken with any of your friends regarding this
17    incident?
18  A. I have had people ask me about it. I just told them, like a
19    summary of what happened.
20  Q. And those people that have asked you about it, have they
21    been your friends?
22  A. Yes.
23  Q. Do you remember how many have asked you?
24  A. No.
25  Q. Have you, yourself, spoken with any media about this?

Luzod Reporting Service Inc. 313-962-1176

Electronically signed by Jennifer Wall (201-178-308-8553)    c86e12da-68e2-45b6-8814-ab939e4c8369

Page 9

1  religion?
2  A. No.
3  Q. Have you ever had Mr. McDowell as a teacher?
4  A. No, ma'am.
5  Q. Do you remember any teachers wearing the purple shirts, the
6     Tyler's army shirts?
7  A. Yes.
8  Q. Did you ask them what they were about?
9  A. No.
10 Q. Did they ever tell you what they were about?
11 A. No.
12 Q. Have you ever gotten disciplined or spoken to, even spoken
13    to by a teacher or administrator regarding any comments you
14    have made in class?
15 A. Not that I recall.
16 Q. Did you ask to be part of this lawsuit?
17 A. I didn't ask to be part of it, no.
18 Q. Did your mom ask you if you wanted to be part of it?
19 A. Yes.
20 Q. What did you say?
21 A. Yes.
22 Q. Why did you want to -- what was your goal in filing this
23    lawsuit?
24 A. That other students or me would not be punished for speaking
25    my beliefs in class.

Page 10

1  Q. Do you know of any other -- or any students that have been
2     punished for speaking their beliefs in class?
3  A. No.
4  Q. Did you know of any students that had been punished for
5     speaking their beliefs before this happened?
6  A. No.
7         MS. BARTOS: Okay. That's all.
8              EXAMINATION
9  BY MR. HENLEY:
10 Q. Drake, my name is Roy Henley. I represent the Howell Public
11    Schools in this case. I have some questions for you.
12       You're in eleventh grade now?
13 A. Yes.
14 Q. Do you have any plans for after graduation yet?
15 A. Going to college.
16 Q. Do you know where you want to go to college?
17 A. No.
18 Q. Do you have any idea what you want to study in college?
19 A. Culinary arts.
20 Q. You take part of any extracurricular activities at school
21    now?
22 A. Sports.
23 Q. What sports?
24 A. I do track and then I did wrestling last year.
25 Q. Did you go to catechism, too, like your brother?

Page 11

1  A. Yes.
2  Q. And do you have any views regarding homosexuality?
3  A. I have the same beliefs as him.
4  Q. As Dan?
5  A. Yes.
6  Q. Before October 2010, was anything regarding homosexuality
7     ever discussed in school?
8  A. Not that I recall, no.
9  Q. Since then, as far as you're concerned, was any issue
10    regarding homosexuality ever discussed in school?
11 A. No.
12 Q. Is there anything at school that you wanted to do but didn't
13    do because of what happened to Dan?
14 A. Not that I recall.
15 Q. Is there anything that you wanted to say at school but
16    didn't say because of what happened to Dan?
17 A. Not that I recall.
18         MR. HENLEY: I don't think I have any other
19 questions.
20         MS. BARTOS: No, nothing.
21         MS. MERSINO: Reserve the right to review
22 and sign. No questions.
23         (The deposition was adjourned at 4:20 p.m.)
24              ** ** **
25

Page 12

1  STATE OF MICHIGAN )
2                    ) ss.
3  COUNTY OF OAKLAND )
4      I, Jennifer L. Wall, Notary Public within and for the
5  County of Oakland, State of Michigan, do hereby certify that the
6  witness whose attached deposition was taken before me in the
7  above entitled matter was by me duly sworn at the aforementioned
8  time and place; that the testimony given by said witness was
9  stenographically recorded in the presence of said witness and
10 afterward transcribed by computer under my personal supervision,
11 and that the said deposition is a full, true and correct
12 transcript of the testimony given by the witness.
13     I further certify that I am not connected by blood or
14 marriage with any of the parties or their attorneys, and that I
15 am not an employee of either of them, nor financially interested
16 in the action.
17     IN WITNESS THEREOF, I have hereunto set my hand at the
18 City of Walled Lake, County of Oakland, State of Michigan.
19
20
21
    Date        Jennifer L. Wall CSR-4183
22              Oakland County, Michigan
                My Commission Expires 11/12/15
23
24
25