IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SANDRA GLOWACKI, on behalf of her
minor children, D.K.G. and D.C.G.,

    Plaintiffs,

v

HOWELL PUBLIC SCHOOL DISTRICT,
JOHNSON ("JAY") MCDOWELL, individually
and in his official capacity as a teacher in the Howell
Public School District,

    Defendants.
_____/

CASE NO: 11-cv-15481

HON. PATRICK J. DUGGAN

**DEFENDANT MCDOWELL'S RESPONSE
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**CERTIFICATE OF SERVICE**

Respectfully submitted,

PLUNKETT COONEY

s/Suzanne P. Bartos (P36490)
Attorney for Defendant McDowell
535 Griswold, Suite 2400
Detroit, MI 48226-3260
Direct Dial: (313) 983-4741
sbartos@plunkettcooney.com

Dated: December 5, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SANDRA GLOWACKI, on behalf of her
minor children, D.K.G. and D.C.G.,

       Plaintiffs,

v

HOWELL PUBLIC SCHOOL DISTRICT,
JOHNSON ("JAY") MCDOWELL, individually
and in his official capacity as a teacher in the Howell
Public School District,

       Defendants.
_____/

CASE NO:  11-cv-15481

HON. PATRICK J. DUGGAN

Richard Thompson (P21410)
Thomas More Law Center
Attorneys for Plaintiff
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106
(734) 827-2001
rthompson@thomasmore.org

Robert J. Muise (P62849)
American Freedom Law Center
Co-counsel for Plaintiff
P.O. Box 131098
Ann Arbor, MI 48113
(734) 635-3756
rmuise@americanfreedomlawcenter.org

Suzanne P. Bartos (P36490)
Plunkett Cooney
Attorneys for Defendant McDowell
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4741
sbartos@plunkettcooney.com

Roy H. Henley (P39921)
Thrun Law Firm, P.C.
Attorneys for Defendant Howell
2900 West Road, Suite 400
P.O. Box 2575
East Lansing, MI 48826-2575
(517) 484-8000
rhenley@thrunlaw.com

_____/

**DEFENDANT MCDOWELL'S RESPONSE
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

## **TABLE OF CONTENTS**

Page

FACTS ................................................................................................................................ 1

ARGUMENT ..................................................................................................................... 1

    I.    PLAINTIFFS' FIRST AMENDMENT RIGHTS WERE NOT VIOLATED. .................... 1

    II.   PLAINTIFFS HAVE FAILED TO STATE A CLAIM FOR VIOLATION OF EQUAL PROTECTION RIGHTS. ............................................................................................... 2

RELIEF REQUESTED ...................................................................................................... 2

CERTIFICATE OF SERVICE

## FACTS

- The Affidavits of the students attached to plaintiffs' brief are in contradiction to Daniel Glowacki's own testimony, in many ways. With regard to the conversation during class that day, defendant asserts it's best left up to the testimony of the participants, Dan Glowacki and Jay McDowell.

- With regard to any impact Glowacki's statements had on the class, defendant refers this court to the statements of fellow students, Casey King and Henry Tesner. Henry states that TJ left the classroom based upon what Daniel said and he, too, wanted to leave. Henry stated he was hurt and felt discriminated against (Exhibit H). These statements support defendant's argument that he believed Dan Glowacki's comment to infringe on others' rights.

## ARGUMENT

### I. PLAINTIFFS' FIRST AMENDMENT RIGHTS WERE NOT VIOLATED.

Defendant has set forth how the statement was not only disruptive but how it interfered with the rights of others; plaintiffs have failed to counter this argument.

Plaintiffs assert on p. 12 of their brief that any restriction on speech, even if related to a pedagogical concern, must still be viewpoint neutral. Plaintiffs further state that, "Here, there is no dispute that defendants restricted plaintiff's speech because it conveyed a religious message that failed to promote the homosexual lifestyle (Plaintiffs' brief, p. 13). This is incorrect; it is very much contested that plaintiff was disciplined for religious speech. Not only does Mr. McDowell deny this, but his actions prove otherwise. (Please see Exhibit B, McDowell testimony.) Adam Schang was also disciplined when he stated that he, too, did not "accept

1

gays." It is uncontested that Mr. Schang did not speak to religion; he did not say that based upon his religious beliefs he felt a certain way, etc. As set forth more fully in the defendant's brief, Mr. McDowell's actions do not evidence religious speech intolerance, just intolerance of discriminatory/bullying speech.

Dan Glowacki's rights were not violated as his speech was permissively regulated.

### II.   PLAINTIFFS HAVE FAILED TO STATE A CLAIM FOR VIOLATION OF EQUAL PROTECTION RIGHTS.

Plaintiff has failed to identify how he was treated differently based upon his religious beliefs when Adam Schang was also suspended, yet he did not claim his beliefs were religiously based. Defendant treated Dan Glowacki the same as the other student he believed was acting in a bullying fashion.

### RELIEF REQUESTED

Based upon defendant's earlier filed motion and brief in support as well as this response, defendant requests this Honorable Court to dismiss plaintiffs' cause of action.

Respectfully submitted,

PLUNKETT COONEY

s/Suzanne P. Bartos (P36490)
Attorney for Defendant McDowell
535 Griswold, Suite 2400
Detroit, MI 48226-3260
Direct Dial: (313) 983-4741
sbartos@plunkettcooney.com

Dated: December 5, 2012
Open.21720.21028.12363936-1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SANDRA GLOWACKI, on behalf of her
minor children, D.K.G. and D.C.G.,

       Plaintiffs,

v

HOWELL PUBLIC SCHOOL DISTRICT,
JOHNSON ("JAY") MCDOWELL, individually
and in his official capacity as a teacher in the Howell
Public School District,

       Defendants.
_____/

CASE NO: 11-cv-15481

HON. PATRICK J. DUGGAN

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Robert J. Muise, American Freedom Law Center
    Richard Thompson, Thomas More Law Center
    Roy H. Henley, Thrun Law Firm, P.C.

                              s/Suzanne P. Bartos (P36490)
                              PLUNKETT COONEY
                              Attorney for Defendant McDowell
                              535 Griswold, Suite 2400
                              Detroit, MI 48226-3260
                              Direct Dial:  (313) 983-4741
                              E-Mail:  sbartos@plunkettcooney.com

Open.21720.21028.12415442-1