**EXHIBIT H**

Yesterday it was Purple day to support the killings of the Suicides of the kids that were bullied and Mr. Mcdowell started the class by telling why people were wearing purple I don't know why he talked about the rebel flag and Daniel ask why we can't wear the rebel flag and Mcdowell explained what the rebel represents to most people and Daneil started the arguement by saying "If he can't wear the rebel flag why can the gay be free to wear the rainbow flag Mcdowell explained that it isn't a public disturbance to wear rainbow flag they have parades and everything but Daneil said "It's against my religon to believe in gays" Mcdowell told Daniel to leave after he left many of the kids explained to Mcdowell that you asked Dan a straight Question and he gave him a straight answer Mcdowell never asked Dan a Question he was explaining why gays have the right to wear rainbow flags Dan replied by saying his opinion it is wrong and Discriminating against gays for Daniel to say his opinion he can believe in whatever he believes in but he doesn't have the right to Discriminate using his opinion I sat there taking all that was said same with Max and TJ that day Dan was kicked out so was adam after the discuss TJ stormed out because of what was said I was going to also but I didn't after that class I left hurt and Discriminated against what I believe in.

Henry Tesmer    10-31-10

Casey King 10/21/10

Mr. McDowell just wanted to explain to the class why some people were wearing purple and what it was for to just inform us about the situation. Danielle was wearing a confederate flag on her belt buckle, and he kindly asked her to take it off because he didn't allow the confederate flag to be worn in his classroom.

Dan asked what the deal was on why shouldn't she be allowed to wear her belt buckle because the flag was on it, which then led him to compare the rainbow flag to the confederate flag, which Mr. McDowell got a bit offended by.

Mr. McDowell said that the flags were two seperate things with two different meanings. He said that the rainbow flag was used to symbolize the gay community, but it was never used to hang human beings from trees and to hurt them just because their skin was darker. He said that because of those many reasons, that is why he does not allow the confederate flag in his room.

Dan then said something along the lines of the fact that he does not accept the gay community and that it was his beliefs.

Mr. McDowell then asked him to leave the classroom and said that if anyone else didn't accept a group of people (gays, blacks, etc.) that they could also leave the classroom.

One other student walked out into the hallway, and Mr. McDowell then stayed in the hall with the door closed for a brief time, then called Ms. Goodwin.

After that, the students asked multiple various questions on why Dan was kicked out for his beliefs, and that it could just be how he has grown up, his religion, etc.

After it all happened I left feeling really stressed out and uneasy. I understood that's what peoples beliefs may be, but I felt that it didn't need to get to the point of saying them in front of the class. It went from just trying to educate us about recent events caused from bullying to acceptance, religion, etc.