# EXHIBIT 4

Mr. McDowell asked ▓▓▓ if she could take her belt off, ▓▓▓ said that ▓▓▓ thought it was stupid that she has to take her belt off (confederate flag) but gays could wear rainbow shirts. ▓▓▓ think that's what started the whole argument). ▓▓▓ Said that ▓▓▓ Catholic so by them wearing rainbow shirts it was discrimination. He said if ▓▓▓ really was Catholic ▓▓▓ would go to a Catholic school. He then contiuned arguing about that and ended with if ▓▓▓ didnt like gays ▓▓▓ could leave his room, so ▓▓▓ picked up ▓▓▓ bag and left.

▓▓▓ 10/21/10

EXHIBIT NO. 35
9-12-12
M. MOORE

Mr. McDowell asked [illegible] [illegible]
[illegible] [illegible]
[illegible]
[illegible] her belt off (confederate flag)
but gays could wear rainbow shirts
[illegible] that's what started the
(whole argument). I said that I'm
Catholic so by their wearing [illegible] shirts
shirts it was discriminating. He
said [illegible]
[illegible]
[illegible]
and ended with if I didn't [like?]
gays I could leave the room, so
I picked up my bag and left.


Daniel Glowacki  10/21/10

Sharp
EXHIBIT NO. 36
9-12-12
M. MOORE