# EXHIBIT 8

# GLOWACKI v. HOWELL PUBLIC SCHOOL DISTRICT, ET AL

## WENDY S. HILLER

September 12, 2012

*Prepared for you by*



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO

**Bingham Farms/Southfield • Grand Rapids**
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw

WENDY S. HILLER
September 12, 2012

Page 13

1  Q. And when you wore the T-shirt the next day to
2     school, what was the reaction you received?
3  A. Well, most people didn't say anything. They
4     didn't know what it was at all. Some people said,
5     who's Tyler or what's Tyler's Army, and so, you
6     know, I told them what had happened, and one of
7     the reasons I called it Tyler's Army was, you
8     know -- you had asked about whether I think he had
9     been targeted for his homosexuality. I think that
10    was a piece of it but not the most important
11    thing, and I called it Tyler's Army. The idea of
12    Tyler's Army came from, in a kids' book, Harry
13    Potter, where they fight against evil, and they
14    called it Dumbledore's Army, and Dumbledore's Army
15    fights against evil, and after the Harry Potter
16    books were all over, the author, J.K. Rowling, was
17    asked about Dumbledore, and she said that in her
18    mind, Dumbledore was homosexual, but that she
19    never mentioned it in the books because it really
20    wasn't important. It wasn't what he was about.
21    It had nothing to do with the story. And so
22    that's really why I chose to call this Tyler's
23    Army, because, yes, he's homosexual, but that's
24    not what this was really about. This was really
25    about bullying, and to stand up against bullying,

Page 14

1     whether you're straight or gay or whatever, is
2     really what I was aiming for.
3  Q. So how many people would you say asked about the
4     T-shirt that you were wearing?
5  A. Gosh, I couldn't say. Maybe 10, but that's a
6     guess.
7  Q. Were any of the people on the administration of
8     the school?
9  A. No. They were -- it was teachers and students.
10 Q. Did you have any concern that bringing up the
11    issue or wearing the T-shirt would cause
12    questions for the students to pose to you?
13 A. I don't know what you mean.
14 Q. Did you think that wearing the T-shirt -- the
15    Tyler's Army T-shirt might start questioning from
16    students as to why you were wearing the T-shirt?
17 A. Yes.
18 Q. And what were your thoughts on that?
19 A. Well, I thought the message of anti-bullying was
20    important, and so I didn't really see that as a
21    controversial issue. I don't know anybody who
22    thinks people should be bullied into committing
23    suicide.
24 Q. And did you believe that you should ask anyone in
25    administration prior to bringing up such a topic?

Page 15

1  A. I didn't, because I didn't think it was a
2     controversial issue. I thought anti-bullying
3     is -- I mean, it's a little like being for, you
4     know, puppies and rainbows. I didn't see it as
5     controversial.
6  Q. Now, after you wore the black T-shirt to school,
7     when did you start receiving responses about
8     creating a T-shirt for Anti-Bullying Day?
9  A. It was never -- it was never asking about creating
10    a T-shirt for Anti-Bullying Day.
11 Q. Okay.
12 A. That's never what it was.
13 Q. Can you correct me.
14 A. Yes. I created the T-shirt on my own. Some
15    people asked if I would have one printed for them.
16    I was trying to find out prices of what it would
17    cost depending on how many I ordered and what
18    color I should make it and whether it should have
19    V-neck, and that's when I heard about the
20    Anti-Bullying Day and I thought, I'll make them in
21    purple. It was never creating a T-shirt for
22    Anti-Bullying Day.
23 Q. Okay. So I guess when was it that you found out
24    about Anti-Bullying Day, period?
25 A. I don't remember. I think I heard about it first

Page 16

1     on the radio or on Facebook. I'm not sure which.
2  Q. What was your understanding of what Anti-Bullying
3     Day was?
4  A. It was against bullying. It was -- particularly
5     because there had been this sort of rash of
6     suicides or at least the publication about them,
7     it was time to stand up and say let's make --
8     let's be nice, let's stand up against bullying of
9     all kinds. And though it was presented from the
10    gay community, I never saw it as a gay issue. I
11    always saw it as a Anti-Bullying Day. So, again,
12    I didn't see it as controversial because I don't
13    know anyone who's for bullying.
14 Q. When you say "rash of suicides," what are you
15    talking about?
16 A. There were several suicides across the country --
17    I don't know the number -- between September and
18    October of that year. There were, I think -- I
19    think maybe four or five that were publicized,
20    kids who had been targeted, most of them because
21    they were gay, some of them because they were
22    perceived as gay or just different, and some of
23    them as young as, I think, 12 years old. And they
24    committed suicide and so there had been a lot of
25    press about that. We had been really taking a