# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SANDRA GLOWACKI, on behalf of her minor children, D.K.G. and D.C.G., | Case No. 2:11-cv-15481-PJD-DRG |
| Plaintiffs, | Hon. Patrick J. Duggan |
| v. | Mag. Judge David R. Grand |
| HOWELL PUBLIC SCHOOL DISTRICT, and JOHNSON ("JAY") MCDOWELL, individually and in his official capacity as a teacher in the Howell Public School District, | |
| Defendants. | |

## AFFIDAVIT OF DAVID DE VRIES

**BEFORE ME**, the undersigned Notary, *Sharon Peper*, on this 8th day of October, 2012, personally appeared David DeVries, known to me to be a credible person and of lawful age, declares under penalty of perjury that the following is true:

While working as security at Howell High School I was involved in this incident in the course of my job duties. I was walking in the hall way when I heard a loud slamming of a door. I looked down the hall to observe to males standing outside the door. Upon arrival Daniel advised me that "We did not do anything." I advised him not to say another word until I figured out what was going on. At this point Mr. McDowell was yelling to me to "Get them out of here". He then was pointing his figure toward the door and again yelled I do not want them in my class, get them out of here. I then received a radio call advising me to go to handle this situation which I replied that I was already there. I then took the two boys to the student management office to one of the assistant principals. Mr. McDowell was very angry at the time of the incident. The

boys were very cooperative and quiet upon my arrival. I did not hear any comments or loud voices coming from the two boys.

*[signature]*
David DeVries

Subscribed and sworn to before me
this 8th day of October, 2012

*[signature]*
Sharon L. Peper, Notary Public
Macomb County, Michigan
My Commission Expires: 04/30/2017
Acting in Washtenaw County

SHARON L. PEPER
Notary Public, State of Michigan
County of Macomb
My Commission Expires Apr. 30, 2017
Acting in the County of Washtenaw