# EXHIBIT 2



**THRUN**
LAW FIRM, P.C.

2900 West Road, Suite 400
East Lansing, MI 48823-1391
Mailing Address: P.O. Box 2575
East Lansing, MI 48823-2575
Tax ID#: 38-2201807

January 31, 2013

Roger L. Hanslow, CPCU, AIC, CMSA
Regional General Adjuster
School Management Claims
Hanover Insurance Company
Suite 100
9228 Delegates Row
Indianapolis, IN 46240

Invoice# 203759
Our file# 3022 -- 00020
Billing through 01/24/2013

Glowacki v Howell Public Schoos
Claim # 14-00757510

| | | |
|---|---|---|
| Balance from statement dated December 27, 2012 | | $13,078.16 |
| Payments received since last invoice | | $12,498.72 |
| A/R adjustments made since last invoice | | ($52.95) |
| **Accounts receivable balance carried forward** | | **$526.49** |

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/17/2012 | RHH | -- Dispositive Motions Draft/revise reply brief supporting motion for summary judgment | 0.30 hrs. | $52.50 |
| 12/18/2012 | RHH | -- Dispositive Motions Draft/revise reply brief supporting motion for summary judgment | 0.20 hrs. | $35.00 |
| 12/19/2012 | RHH | -- Dispositive Motions Draft/revise reply brief supporting motion for summary judgment | 0.50 hrs. | $87.50 |
| 12/20/2012 | RHH | -- Dispositive Motions Draft/revise reply brief supporting motion for summary judgment | 3.10 hrs. | $542.50 |
| 12/21/2012 | RHH | -- Dispositive Motions Review/analyze plaintiff's reply brief supporting summary judgment as to McDowell | 0.20 hrs. | $35.00 |
| 12/21/2012 | RHH | -- Dispositive Motions Review/analyze plaintiff's reply brief supporting summary judgment as to Howell Public Schools | 0.20 hrs. | $35.00 |
| 12/21/2012 | RHH | -- Depositions Communicate (with client) - Prepare deposition summaries of Dr. W. Jeynes, Dr. D. Guernsey and Dr. A. McEvoy | 1.40 hrs. | $245.00 |
| 12/27/2012 | JKJ | -- Depositions Draft/revise - Draft deposition summaries | 1.10 hrs. | $165.00 |
| 01/04/2013 | RHH | -- Pleadings Review/analyze order granting Muise's motion to withdraw | 0.10 hrs. | $17.50 |
| 01/04/2013 | RHH | -- Pleadings Review/analyze - Review Muise's motion to withdraw as plaintiffs' co-counsel | 0.10 hrs. | $17.50 |
| 01/08/2013 | RHH | -- Pleadings Review/analyze notice cancelling final pretrial conference | 0.10 hrs. | $17.50 |

| Date | TK | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/08/2013 | RHH | -- | Pleadings Communicate (with client) - Send email to clients re: notice cancelling final pretrial conference | 0.10 hrs. | $17.50 |
| 01/14/2013 | RHH | -- | Dispositive Motions Research - Research re: new binding first amendment retaliation cases | 0.50 hrs. | $87.50 |

Total Fees   $1,355.00

| TIMEKEEPER SUMMARY | | Hours | Rate | Amount |
|---|---|---|---|---|
| Johnston, Jennifer K | Associate | 1.10 | 150.00 | $165.00 |
| Henley Roy H. | Shareholder | 6.80 | 175.00 | $1,190.00 |

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/26/2012 | 1/2 Dr. William Jeynes deposition per RHH (L340,E119) | $400.00 |
| 12/26/2012 | 1/2 Dr. Daniel Guernsey deposition per RHH (L340,E119) | $250.00 |
| 12/26/2012 | Court Reporter Fee - Bienenstock Court Reporting  Alan McEvoy Deposition 10/26/12 per RHH (L340,E115) | $432.46 |

Total Expenses   $1,082.46

BILLING SUMMARY

| | |
|---|---|
| Total professional services | $1,355.00 |
| Total expenses | $1,082.46 |
| **Total charges for this invoice** | **$2,437.46** |
| Plus net balance forward | $526.49 |
| **Total balance now due** | **$2,963.95** |

Statement due upon receipt. Please make checks payable and remit to Thrun Law Firm, P.C., P.O. Box 2575, East Lansing MI 48826-2575. If you have questions, please contact Kristen Hampton by phone 517-374-8831, fax 517-484-0041, or email khampton@thrunlaw.com



**THOMAS MORE Law Center**

Richard Thompson
President and Chief Counsel
Admitted in Michigan

December 5, 2012

Suzanne Bartos
Plunkett Cooney
535 Griswold Street
Suite 2400
Detroit, Michigan 48226

Roy Henley
Thrun Law Firm, P.C.
2900 West Road, Suite 400
PO Box 2575
East Lansing, Michigan 48826-2575

Re: Sandra Glowacki v. Howell Public School District, et al
Case No. 2:11-cv-15481-PJD-DRG

Dear Ms. Bartos and Mr. Henley:

Please be advised that Dr. Daniel Guernsey's fee for his services total $500.00. Dr. Guernsey's hourly rate is $200.00. His deposition lasted 2.5 hours. Please make the check payable to Daniel Guernsey, Ed.D and send it to my office. I will forward it to Dr. Guernsey.

Thank you for your attention to this matter.

THOMAS MORE LAW CENTER

Sharon Peper
Secretary to Erin Mersino



Richard Thompson
President and Chief Counsel
Admitted in Michigan

December 5, 2012 

Suzanne Bartos
Plunkett Cooney
535 Griswold Street
Suite 2400
Detroit, Michigan 48226

Roy Henley
Thrun Law Firm, P.C.
2900 West Road, Suite 400
PO Box 2575
East Lansing, Michigan 48826-2575

Re: Sandra Glowacki v. Howell Public School District, et al
Case No. 2:11-cv-15481-PJD-DRG

Dear Ms. Bartos and Mr. Henley:

$400.00

Please be advised that Dr. William Jeynes's fee for his services total $800.00. Dr. Jeynes's hourly rate is $200.00. His deposition lasted 4.0 hours. Please make the check payable to William Jeynes, Ph.D and send it to my office. I will forward it to Dr. Jeynes.

Thank you for your attention to this matter.

THOMAS MORE LAW CENTER

Sharon Peper
Secretary to Erin Mersino


OK to pay 50%
RHH
12/21/12
3022-020
Im: L340; E119

24 Frank Lloyd Wright Drive • P.O. Box 393 • Ann Arbor, Michigan 48106 • (734) 827-2001 • Fax: (734) 930-7160